**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6430

FRANK REAVES,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER BROWN, Transportation Bus
Driver; CORRECTIONAL OFFICER GRANT,
Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior
District Judge. (2:07-cv-00068-HCM)

Submitted: July 24, 2007          Decided: July 31, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Reaves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Reaves appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Reaves v. Brown</u>, No. 2:07-cv-00068-HCM (E.D. Va. Mar. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>